1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

QASEM MOSA AL-SHAIBI,                        1:08-cv-01668-TAG  (HC)

9
                Petitioner,                  ORDER DENYING MOTION FOR
10                                           APPOINTMENT OF COUNSEL
          vs.
11
UNITED STATES IMMIGRATION                    (DOCUMENT #2)
12   AND NATURALIZATION SERVICE, et al,

13              Respondents.

14   _____/

15          Petitioner has requested the appointment of counsel.  There currently exists no

16   absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258

17   F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th

18   Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the

19   appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule

20   8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the

21   interests of justice would be served by the appointment of counsel at the present time.

22   Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is

23   denied.

24

25   IT IS SO ORDERED.

26   Dated:   **November 10, 2008**                    **/s/ Theresa A. Goldner**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28